194 So. 406

**Laura Gaines FLOYD et al. v. T. C. SITTEN.**

**8 Div. 4.**

Supreme Court of Alabama.

Feb. 22, 1940.

E. B. Black, of Boaz, and Brown & Conway, of Albertville, for appellants.

H. G. Bailey, of Boaz, for appellee.

BROWN, Justice.

This case was submitted along with the case of Laura Gaines Floyd et al. v. W. H. Hunt, Ala.Sup., 194 So. 402,[1] as a com-

panion case involving the same question and depending upon the same evidence.

The decree is affirmed on the authority of the opinion in that case.

Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

